**PUOY K. PREMSRIRUT, ESQ.**
BROWN BROWN & PREMSRIRUT
Nevada Bar No. 7141
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702)-385-6965 Fax
puoy@brownlawlv.com
*Attorney for Plaintiff MTO Summerlin LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MTO SUMMERLIN LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>vs.<br><br>THE SHOPS AT SUMMERLIN NORTH, LP, a Foreign limited partnership; and DOES I through X and ROE ENTITIES I through X,<br><br>Defendant(s). | Case No. 2:18-cv-00737-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

## **STIPULATION**

Plaintiff MTO Summerlin, LLC and Defendant The Shops at Summerlin North, LLP hereby stipulate and agree as follows:

1. On April 27, 2018, Defendant filed a Motion for Summary Judgment (ECF No. 4) and this Court set a deadline of May 18, 2018 for Plaintiff to file its response.

2. On May 18, 2018, the Parties filed a Stipulation and Order to Extend Deadline for Filing Response to Defendant's Motion for Summary Judgment – First Request.

2. The Parties agree to extend the response deadline due to Plaintiff being out of state with limited availability.

3. The deadline for the response to Motion for Summary Judgment shall be extended from May 31, 2018 to June 8, 2018.

4. This is the second stipulation seeking to extend the deadline for Plaintiff to respond to the pending Motion for Summary Judgment.

Dated: May 31, 2018

BROWN BROWN & PREMSRIRUT

By  */s/ Puoy K. Premsrirut*
Puoy K. Premsrirut, Esq.
Nevada Bar No. 7141
*Attorney for MTO Summerlin LLC*

Dated: May 31, 2018

HOLLAND & HART LLP

By  */s/ Sydney R. Gambee*
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorney for The Shops at Summerlin North, LP*

**ORDER**

IT IS HEREBY ORDERED that the Stipulation to Extend, (ECF No. 14), is GRANTED. IT IS FURTHER ORDERED that the Stipulation to Extend, (ECF No. 12), is denied as moot.

DATED this   14   day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT