Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com
srgambee@hollandhart.com

*Attorneys for The Shops At Summerlin North, LP*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MTO SUMMERLIN LLC, a Nevada limited liability company,<br><br>     Plaintiff,<br><br>v.<br><br>THE SHOPS AT SUMMERLIN NORTH, LP, a Foreign limited partnership; and DOES I through X and ROE ENTITIES I through X,<br><br>     Defendants. | Case No.: 2:18-cv-00737-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR THE SHOPS AT SUMMERLIN NORTH'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO COUNTERMOTION FOR NRCP RULE 56(F) RELIEF**<br><br>**(First Request)** |

## STIPULATION

The parties to the above-captioned action respectfully submit the following Stipulation for an extension of time for The Shops at Summerlin North, LP ("The Shops") to file its Reply in Support of its Motion for Summary Judgment, filed on April 27, 2018, and its Response to MTO Summerlin LLC's ("MTO") Countermotion for NRCP *[sic]* Rule 56(f) Relief:

1. On June 8, 2018, MTO filed its Response to The Shop's Motion for Summary Judgment (ECF No. 15).

2. On June 11, 2018, MTO filed its Countermotion for NRCP Rule 56(f) Relief (ECF No. 18).

///

11071970_2

3. The Shop's reply in support of its Motion for Summary Judgment is due to be filed by June 22, 2018.

4. The Shop's Response to MTO's Countermotion for NRCP Rule 56(f) Relief is due to be filed by June 25, 2018.

5. The parties have not previously requested an extension of time relating to The Shop's Reply in Support of its Motion for Summary Judgment, or The Shop's Response to MTO's Countermotion for NRCP Rule 56(f) Relief;

NOW, THEREFORE, the parties, by their respective undersigned counsel, and subject to the Court's approval, agree and stipulate that the deadline for The Shops to file and serve its Reply in Support of its Motion for Summary Judgment and Response to MTO's Countermotion for NRCP Rule 56(f) Relief shall be consolidated and extended to **June 29, 2018**.

DATED this 18th day of June, 2018.   DATED this 18th day of June, 2018.

 /s/ Sydney R. Gambee   /s/ Puoy K. Premsrirut
Patrick J. Reilly, Esq.   Puoy K. Premsrirut, Esq.
Sydney R. Gambee, Esq.   BROWN BROWN & PREMSRIRUT
HOLLAND & HART LLP   520 S. Fourth Street, 2nd Floor
9555 Hillwood Drive, 2nd Floor   Las Vegas, Nevada 89101
Las Vegas, NV 89134

*Attorneys for The Shops At Summerlin North, LP*   *Attorneys for MTO Summerlin LLC*

## ORDER

IT IS SO ORDERED.

DATED this  30  day of June, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT