Patrick J. Reilly, Esq.
Nevada Bar No. 6103
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV  89134
Tel:  (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com
         srgambee@hollandhart.com

*Attorneys for The Shops At Summerlin North, LP*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MTO SUMMERLIN LLC, a Nevada limited liability company,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE SHOPS AT SUMMERLIN NORTH, LP, a Foreign limited partnership; and DOES I through X and ROE ENTITIES I through X,<br><br>　　　　　　Defendants. | Case No.: 2:18-cv-00737-GMN-PAL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR THE SHOPS AT SUMMERLIN NORTH'S REPLY IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO COUNTERMOTION FOR NRCP RULE 56(F) RELIEF**<br><br>(Second Request) |

## STIPULATION

The parties to the above-captioned action respectfully submit the following second Stipulation for an extension of time for The Shops at Summerlin North, LP ("The Shops") to file its Reply in Support of its Motion for Summary Judgment, filed on April 27, 2018, and its Response to MTO Summerlin LLC's ("MTO") Countermotion for NRCP *[sic]* Rule 56(f) Relief, filed June 11, 2018:

　　　1.　　On June 8, 2018, MTO filed its Response to The Shop's Motion for Summary Judgment (ECF No. 15).

　　　2.　　On June 11, 2018, MTO filed its Countermotion for NRCP Rule 56(f) Relief (ECF No. 18).

3. On June 18, 2018, the parties filed their Stipulation and [Proposed] Order Extending Deadline for The Shops at Summerlin North's Reply in Support of Its Motion for Summary Judgment and Response to Countermotion for NRCP Rule 56(f) Relief (First Request).

4. The Shop's reply in support of its Motion for Summary Judgment and Response to MTO's Countermotion for NRCP Rule 56(f) Relief is due to be filed by June 29, 2018.

5. The parties have previously requested one extension of time relating to The Shop's Reply in Support of its Motion for Summary Judgment, or The Shop's Response to MTO's Countermotion for NRCP Rule 56(f) Relief;

6. This Stipulation for extension is made in good faith and is not for the purpose of delay;

NOW, THEREFORE, the parties, by their respective undersigned counsel, and subject to the Court's approval, agree and stipulate that the deadline for The Shops to file and serve its Reply in Support of its Motion for Summary Judgment and Response to MTO's Countermotion for NRCP Rule 56(f) Relief shall be extended to **July 6, 2018**.

DATED this 28th day of June, 2018.　　　　DATED this 28th day of June, 2018.

　/s/ Sydney R. Gambee　　　　　　　　　　　/s/ Puoy K. Premsrirut
Patrick J. Reilly, Esq.　　　　　　　　　　　Puoy K. Premsrirut, Esq.
Sydney R. Gambee, Esq.　　　　　　　　　BROWN BROWN & PREMSRIRUT
HOLLAND & HART LLP　　　　　　　　　520 S. Fourth Street, 2nd Floor
9555 Hillwood Drive, 2nd Floor　　　　　　Las Vegas, Nevada 89101
Las Vegas, NV 89134

　　　　　　　　　　　　　　　　　　　　　*Attorneys for MTO Summerlin LLC*

*Attorneys for The Shops At Summerlin North, LP*

## ORDER

**IT IS SO ORDERED.**

DATED this __11__ day of July, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

11135093_1