**PUOY K. PREMSRIRUT, ESQ.**
BROWN BROWN & PREMSRIRUT
Nevada Bar No. 7141
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702)-385-6965 Fax
puoy@brownlawlv.com
*Attorney for Plaintiff MTO Summerlin LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MTO SUMMERLIN LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>vs.<br><br>THE SHOPS AT SUMMERLIN NORTH, LP, a Foreign limited partnership; and DOES I through X and ROE ENTITIES I through X,<br><br>Defendant(s). | Case No. 2:18-cv-00737-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR FILING REPLY TO RESPONSE TO COUNTERMOTION FOR NRCP RULE 56(F) RELIEF**<br><br>**(First Request)** |

## **STIPULATION**

Plaintiff MTO Summerlin, LLC and Defendant The Shops at Summerlin North, LLP hereby stipulate and agree as follows:

1. On July 6, 2018, Defendant filed its Response to Countermotion for NRCP Rule 56(f) Relief (ECF No. 26) and this Court set a deadline of July 12, 2018 for Plaintiff to file its reply.

2. The Parties agree to extend the response deadline due to Plaintiff Counsel's preexisting trial schedule.

3. The deadline for the response to Motion for Summary Judgment shall be extended from July 13, 2018 to August 3, 2018.

///

///

4. This is the first stipulation seeking to extend the deadline for Plaintiff to reply to the pending Countermotion for NRCP Rule 56(f) Relief.

Dated: July 13, 2018

BROWN BROWN & PREMSRIRUT

By /s/ Puoy K. Premsrirut
Puoy K. Premsrirut, Esq.
Nevada Bar No. 7141
*Attorney for MTO Summerlin LLC*

Dated: July 13, 2018

HOLLAND & HART LLP

By /s/ Patrick J. Reilly
Patrick J. Reilly, Esq.
Nevada Bar No. 6103
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorney for The Shops at Summerlin North, LP*

**ORDER**

IT IS SO ORDERED.

DATED this 19 day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
U.S. DISTRICT COURT